JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DISTANT SEA JARAMILLO,

      Plaintiff,

   vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:22-cv-01254-EPG

ORDER RE: STIPULATION FOR
EXTENSION OF TIME

(ECF No. 14).

IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time,

from April 17, 2023 to June 16, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion

for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended

accordingly.

This is Plaintiff's second request for an extension of time.  Good cause exists for the

requested extension. For the weeks of April 17 2023 and April 24, 2023,  Counsel currently has

12 merit briefs, and several letter briefs and reply briefs.  This includes cases that undersigned

counsel took on during co-counsel's, Dolly M. Trompeter, leave of absence. Additional time is

needed to thoroughly brief this matter for the Court.

1    Counsel for Plaintiff is currently taking partial leave as his child was born on October 14,

2  2022. Thus, Counsel is working limited hours.

3    Additionally, Counsel underwent major surgery on March 15, 2023, requiring post-op

4  physical therapy, with the need for several breaks throughout the workday.

5    Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant

6  and Court for any inconvenience this may cause.

7

8

9                                Respectfully submitted,

10  Dated: April 3, 2023          PENA & BROMBERG, ATTORNEYS AT LAW

11

12                               By: */s/ Jonathan Omar Pena*
                                      JONATHAN OMAR PENA
13                                    Attorneys for Plaintiff

14

15  Dated: April 3, 2023          PHILLIP A. TALBERT
                                      United States Attorney
16                                    MATHEW W. PILE
                                      Associate General Counsel
17                                    Office of Program Litigation
                                      Social Security Administration
18

19

20                               By:  */s/Jamala Edwards*
                                      Jamala Edwards
21                                    Special Assistant United States Attorney
                                      Attorneys for Defendant
22                                    (*As authorized by email on April 3, 2023)

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the parties' stipulation (ECF No. 14), Plaintiff shall have until June 16, 2023, to file a motion for summary judgment.

IT IS SO ORDERED.

Dated:   **April 4, 2023**                    /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE