PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTANT SEA JARAMILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>        Defendant. | Case No.: 1:22-cv-01254-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 18). |

      IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to Sentence Four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

      On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; consider all pertinent issues *de novo*; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: July 12, 2023 | | */s/ Jonathan O. Pena*\* |
| | | (*as authorized via e-mail on 7/12/23) |
| | | JONATHAN O. PENA |
| | | Attorney for Plaintiff |
| | | |
| Dated: July 12, 2023 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | By: | */s/ Marcelo Illarmo* |
| | | MARCELO ILLARMO |
| | | Special Assistant United States Attorney |
| | | |
| | | Attorneys for Defendant |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

## **ORDER**

Based upon the parties' parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 18), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter judgment for Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   **July 13, 2023**                                  /s/ Erica P. Grosjean
                                                                               UNITED STATES MAGISTRATE JUDGE